W. L. AYRES, Appellant, v. P. O. KALSTROM, Appellee.

Railroad Grants: WHEN TITLE VESTS.

*Appeal from O'Brien District Court.*—HON. SCOTT M. LADD, Judge.

WEDNESDAY, DECEMBER 16, 1891.

ACTION to recover damages alleged to have been caused by the defendant in wrongfully entering upon and cultivating certain land which is claimed by the plaintiff. When the evidence had been fully submitted, the court instructed the jury to return a verdict for the defendant. A verdict was returned, and a judgment rendered in harmony with the instruction. The plaintiff appeals.—*Affirmed.*

*S. A. Calvert,* for appellant.

*Hughes & Hastings,* for appellee.

ROBINSON, J.—The controlling questions presented for our consideration in this case are the same as those determined in *Bowne v. Bilsland,* 83 Iowa, 162. Following the rule of that case, the judgment of the district court must be AFFIRMED.